UNIVERSITY OF SOUTH FLORIDA

**POLICY**

**Number:** 6-017
**Title:** Student Organizations
**Responsible Office:** Student Success

Date of Origin: 10-06-75 Date Last Amended: 12-05-24 Date Last Reviewed: 12-05-24

---

**TABLE OF CONTENTS**
(Click title to jump to section)


| | | |
|---|---|---|
| **I.** | Purpose & Intent | 2 |
| **II.** | Statement of Regulation | 2 |
| **III.** | Definition of Terms | 2 |
| **IV.** | Classifications | 5 |
| **V.** | Registration Process | 6 |
| **VI.** | Organization Status | 8 |
| **VII.** | Finances | 10 |
| **VIII.** | Compliance | 10 |
| **IX.** | Officer Eligibility | 11 |
| **X.** | Advisors | 11 |
| **XI.** | Benefits and Limits | 12 |
| **XII.** | Student Organization Activities | 13 |
| **XIII.** | Links for Reference | 14 |

## I. PURPOSE AND INTENT

The University of South Florida acknowledges that student organizations are an important aspect of the university experience. They provide a sense of belonging, stress relief, an avenue to express interests, service to the community, career development and networking opportunities, and leadership experiences. This policy governs the relationship between student organizations and the University of South Florida (USF or University). Registered Student Organizations (RSO) are governed by the Vice President for Student Success who has designated the Student Organization Office on each campus to administer RSO registration and training and development programs at the University.

## II. STATEMENT OF REGULATION

The purpose of this policy is to provide guidelines concerning who is eligible to be an Officer of an RSO and how RSO are classified. These guidelines improve experiential learning and the student experience, increase efficiencies, and ensure appropriate resources, programs, and benefits are distributed to RSO appropriately. The University's practice of registering student organizations is not an actual or constructive endorsement of any RSO statement, idea, or conduct.

## III. DEFINITION OF TERMS

- **Academic Time (Day(s) or Time(s)):** The period the University is open for business and delivery of academic services exclusive of holidays, emergency closings or other days where the office or academic delivery of services are closed. The person vested with authority at the appropriate level may extend any of the time periods contained herein for good cause. Any extensions must be communicated in writing to all parties.

- **Advisor:** A full-time USF faculty or staff member that supports a student organization and may serve as an administrative point of contact and liaison with USF.

- **Constitution:** The Constitution outlines the organization's name, mission, purpose, basic structure, and operating parameters. USF requirements are outlined below.

- **Election:** A student organization's regular Officer selection process during which only Members of the organization may run for office and during which only Members of the organization may vote.

- **Home Campus:** The primary campus on which a student organization intends to function: St. Petersburg, Sarasota-Manatee, or Tampa. Home campus is selected by students as part of establishing a new student organization. Student Organizations may have separate registrations on all three campuses. Home campus can be changed by contacting the organization's Home Campus Student Organization Office. Both the current and future Home Campus must approve the change.

- **Officer(s):** Student Organization Officers are Members of the organization who have been elected or appointed, as outlined in the organization's Constitution, into a formal role to manage the organization.

- **Member:** Member Status is limited to currently enrolled USF students only. Membership Status is determined by the student organization roster in the Student Engagement Platform.

- **Registered Student Organization (RSO):** A Registered Student Organization is any group of students who have complied with the requirements for Registration and are officially recognized by the University as a student organization. An RSO is a voluntary group of students joined together by a common interest, cause, or mission which has applied to and been registered by a Student Organization Office. RSO must meet USF criteria and requirements to remain active and may receive RSO benefits and campus privileges when in good standing. Accordingly, it must follow all University regulations, policies, standards, business practices, and other applicable guidelines.

- **RSO Types:** RSO Types are used as a guide when students are looking for organizations in which to participate. It is a mechanism to group student organizations similarly within the student organization community. RSO Types is selected as part of the Registration process. Organizations that select social fraternity, social sorority, or club sport may have additional requirements for Registration. RSO Type selection must be driven by the RSO's primary mission as outlined in the RSO's Constitution. Student Organization Offices reserve the right to modify RSO Types for consistency across RSOs.

- **Registration:** For new organizations only. Process to establish a relationship with USF and access benefits and resources.

- **Re-registration:** For existing student organizations only. Annual process required, during the student organization's Election month and at least annually, to sustain the relationship with USF and access benefits and resources.

- **Status:** A Student Organization's Status at the university is dependent on compliance with administrative requirements, conduct standards and standing.

- **Student Engagement Platform:** The online content management system for student engagement which affords student organizations, and student facing offices, a platform to manage student engagement experiences.

- **Student Government:** Florida Statute §1004.26 provides that a student government is to be created on the main campus of each state university with additional governments established at branch campuses at the discretion of each Board of Trustees. The statute provides that the Student Government is part of the university at which it is established and provides specific guidelines for the operations of the Student Government. Florida Statute §1009.24 provides that the Student Government at each university is responsible for the budgeting for Activity and Service fee expenditures for student organizations and other student support services.

- **Student Organization Handbook:** The student organization handbook outlines processes and resources that support this policy.

- **Student Organization Office:** The office designated as the primary point of contact and resource for student organizations. Each campus has a different office, and all Offices follow the same policies and procedures. Student organizations should use the office based on their Home Campus.

  **1.** The Student Organization Offices on each campus are:

| Campus | Student Organization Office |
|---|---|
| Tampa Campus | Center for Leadership and Civic Engagement |
| Tampa Campus – Social fraternities and sororities | "The Department of Student Life and Engagement" OR, "The Office of Leadership and Student Organizations" |
| Tampa Campus – Sports clubs | Recreation and Wellness (Tampa) |
| St. Petersburg | Office of Leadership and Student Organizations |
| St. Petersburg – Sports Clubs | Campus Recreation (St. Petersburg) |
| Sarasota-Manatee Campus | Office of Student Engagement |
| Sarasota-Manatee Sports Council | Campus and Recreation and Wellness |

2. Student Organization Offices provide educational support; however, this does not constitute advising or supervision.

3. Topics of support available to RSOs
   - Contracts
   - Event Planning
   - Travel
   - Membership Recruitment
   - Off-campus Bank Accounts
   - Starting a new organization and re-registration
   - Leadership Development
   - Marketing
   - Officer Transition
   - Meeting Effectiveness
   - Budgeting
   - Team Building

## IV. CLASSIFICATIONS

RSOs are classified into two distinct types based on their relationship to the University:

**A. General Registered Student Organization (GRSO)**

GRSO are independent organizations with no legal affiliation to the University or any of its entities, have no delegated authority from the University, are not under the supervision of the University, and do not perform functions on behalf of the University. Accordingly, any statement, idea, or conduct expressed by an RSO within this classification is the organization's alone and not an expression of, or endorsement from, the University of South Florida. GRSO must be comprised exclusively of USF students. A GRSO's mission and purpose are established by and fulfilled solely through its student leadership and membership.

**B. University Sponsored Student Organization (USSO)**

1. USSO's are registered student organizations to which the University has delegated certain limited authority to perform specific tasks aligned with the University's mission. Moreover, the USSO's membership standards, operational policies, and budgetary oversight of expenditures must be set by its affiliated University unit. University units will be required to acknowledge that a student organization meets the eligibility for USSO for their unit. USSO's can be funded by the unit or by A&S fees.

**2.** An RSO may be classified as a USSO under the following circumstances:

- Student led organization with membership comprised exclusively of USF students
- Directly affiliated with a University unit or program and may have delegated certain limited authority to perform specific tasks aligned with the University and Unit mission
- Mission, purpose, function, and membership are approved by a University unit or a University program
- University unit or program may provide a USSO with one or more exclusive benefits not otherwise available to other RSO (e.g., funds, space, storage, services, or permissions)
- University employee has designated USSO advising duties in their job description

## V. <u>REGISTRATION PROCESS</u>

**A.** Any group of students may organize a student organization at the University of South Florida at any time. Existing organizations are required to meet the same standards annually during the Election month identified in their student organization Constitution.

**B.** Students organizations must follow these procedures and fulfill these criteria:

**1.** Organization president or representative must attend a New Student Organization meeting to review Registration (new organizations), review student organization policies, procedures, and resources; and sign all required policy acknowledgements. Online modules or in person consultation with Student Organization Office staff may be offered or required.

**2.** Submit an Organization Registration form via the Student Engagement Platform, including:

**a.** A proposed Constitution with USF required language.

**b.** Student organizations must follow the current Constitution Checklist which can be found on the Student Engagement Platform and Student Organization Office websites.

**c.** Any student organization that has an affiliation with a national, regional, or local organization must additionally submit a letter from the national, regional, or local office authorizing the student organization to establish a chapter at USF.

**d.** A list of five organizers who are presently enrolled USF students. One of these students must be designated as the president. One of these students must be designated as the treasurer. These USF student organizers must accept their role within the Student Engagement Platform.

**e.** If the student organization has an advisor, the advisor has to be listed and has to have completed the appropriate Advisor Agreement form dependent on the RSO classification.

**3.** Upon receipt of the above information, the selected Home Campus Student Organization Office will:

**a.** Determine if the organization meets the definition of a sports club or a social fraternity/sorority. If the organization meets either definition, additional requirements and processes may be added as determined by Campus Recreation and Wellness or the Center for Student Involvement, respectively.

**b.** Notify the organization president or representative of any required modifications to the organization's form submission or Constitution. The organization president or representative will have five (5) academic days to complete any required modifications to the organization's form submission or Constitution.

**4.** University Sponsored Student Organization Advisors must complete Student Organization Advisor Training prior to becoming an Advisor. RSO Registration and Re-Registration may otherwise be delayed.

**5.** There are two required roles: President and Treasurer. Each position must be held by a different individual at any given time and Officers must remain in good standing with the University throughout the duration of the elected term.

**a.** <u>President</u>: The president is the chief executive Officer of the student organization and will serve as the primary point of contact and liaison with USF for all student organization business.

**b.** <u>Treasurer</u>: The treasurer is the chief financial Officer of the student organization and will serve as the primary point of contact and liaison with USF for all student organization financial matters.

6. Failure to meet the requirements within twenty (20) academic days from the original submission of the Registration form will result in inactive status.
   a. The organization may appeal the Status decision within five (5) academic days to the Vice President for Student Success or campus designee. A decision will be made within five (5) academic days from the appeal submission and that decision shall be final.

   b. The organizations assigned inactive status may re-apply after forty (40) academic days.

## VI. ORGANIZATION STATUS

Status may be one of the following:

**A. Active**

In good standing with USF and may access benefits and resources.

**B. Administrative Hold**

1. May not access benefits, resources, nor organize due to lack of compliance with a USF administrative process.

2. Administrative holds may be placed for any of the following reasons but not limited to:
   - Failure to complete (Re-)Registration as outlined in this policy
   - Failure to maintain active Officer and Advisor information
   - Failure to maintain a USF compliant Constitution
   - Failure to abide by processes outlined in the Constitution
   - Non-student involvement as Members or Officers
   - Having outstanding debts (e.g., fines, facility service, etc.)
   - Non-conduct issues impacting USF, student, or organization processes
   - Failure to respond to the Student Organization Office request for information
   - False or inaccurate statements on any Registration documents
   - Engaging in activity outside of the scope of the organization's Constitution

3. Failure to address these issues may result in being moved to inactive Status

4. PROCESS: The Student Organization Office may place an Administrative Hold on an organization if the Student Organization Office receives notice

or is aware of one of the issues above. The Student Organization Office will email the organization of the Status. The Student Organization may email a request for a review of the Administrative Hold to the Student Organization Office for a meeting and final determination to be rendered within fifteen (15) academic days of the request for review.

**C. Student Conduct Sanctioned**

1. Student Conduct & Ethical Development (SCED) may impose sanctions after a student conduct referral (Refer to USF Regulation 6.0021 Student Code of Conduct) is received and the sanctions may include:
    - *Interim Suspended:* May not access benefits, resources, nor organize due to alleged violation of USF regulation or policy.
    - *Probation:* May have limited access to benefits and resources due to violation of USF regulation or policy.
    - *Suspended:* May not access benefits, resources, nor organize until suspension is lifted and receives Re-Registration approval due to violation of USF regulation or policy.
    - *Expulsion:* Permanent restriction that provides the organization may not access benefits, resources, nor organize due to violation of USF regulation or policy.
2. Members of student organizations that are suspended or expelled may not continue to represent themselves as active members of the organization either under its original name or any new name. Efforts to suggest that a sanctioned organization is still active; to recruit new members to a sanctioned organization; or to attempt to continue to function at the university under a new name but with similar members and purpose will be considered a violation of the Student Code of Conduct and the individual student(s) conduct in that regard which could include permanent restriction from campus.

**VII. <u>FINANCES</u>**

**A.** Agree to supply the Student Organization Office with a review of financial books and records of the organization upon request.

**B.** Tax Exemption

1. GRSOs are not eligible for any University tax exemption.

2. USSOs may be eligible for University's tax-exemption status for purchases connected to University business.

## VIII. COMPLIANCE

**A.** Each student organization is expected to follow their mission, as outlined in their Constitution, and ensure membership purposes and activities conform and comply with the United States Constitution; federal laws, the laws of the State of Florida; Board of Governors regulations; policies, guidelines and regulations of the University of South Florida and the purposes set forth in the Constitution. The student organization is independently and solely responsible and accountable for the conduct and all actions of the organization and its Members. Any violation of law, Board of Governors regulations, University Board of Trustees policies, guidelines or regulations, or USF guidelines and regulations will be considered as violations by the organization and its Officers and, in cases involving deliberate, intentional complicity or assistance in any such violation by other individuals, shall also be considered as violations by those individuals.

**B.** An RSO must not misrepresent its classification, provide misleading or false information to any Student Organization Office to achieve a classification, or misuse University resources.

**C.** The Vice President for Student Success has delegated RSO registration processes to the Student Organization Office, however, maintains the right to override decisions.

**D.** The Student Organization Office may reevaluate an RSO classification at any time and may reclassify an RSO.. Appeals of classification should be directed to the Vice President of Student Success or their designee.

**E.** Any organization, or its Members, which violates the standards, policies, guidelines, regulations of the University is subject to adjudication.

**F.** The Office of Student Conduct and Ethical Development (SCED) along with the Student Organization Office, the Center for Student Involvement, and Campus Recreation each have responsibility for reviewing cases of alleged student organization misconduct and referring RSOs to SCED for adjudication.

**G.** The process for adjudicating student organizations is administered by the Office of Student Conduct and Ethical Development (SCED) and is outlined in USF Regulation 6.0021 Student Code of Conduct.

## IX. OFFICER ELIGIBILITY

**A.** Officers must remain in good standing with the University throughout the duration of their term. This includes:

- Enrollment as a degree-seeking student as defined by the University Registrar;
- Meet requirements for academic good standing (Officers may not be on academic warning or academic probation)
- Having no delinquent obligation for fees or other late or delinquent debts owed to USF
- Any additional requirements, including enrollment and academic standing requirements established by the Vice President for Student Success.

**B.** Officers who do meet, or lose, these eligibility criteria must immediately step down from their position.

**1.** Students are not required to disclose to their RSO why they are resigning their position or that the University found them to be ineligible.

**2.** Should an ineligible Student fail to resign their position, however, USF will notify the RSO's remaining eligible Officers and the RSO's Advisor of the Officer's disqualification and that the RSO must appoint a new, eligible student to fill the position.

**3.** An RSO that fails to timely backfill a required office position will be placed on an admin hold by USF and may risk being moved to inactive status.

## X. ADVISORS/COACHES

**A.** All University Sponsored Student Organizations are required to have an Advisor who is a full-time USF faculty or staff member and has advising the organization in their job description.

**B.** General Registered Student Organizations may have advisors/coaches. These advisors will be in a voluntary capacity and may not be covered by the University's Liability Insurance for any cause of action arising out of their affiliation or interaction with a GRSO.

**C.** The function of Advisors may be to act as the liaison or communication link with the University administration and other community persons, provide leadership development advising, and risk management advising, as needed. Advisors do not

have the authority or responsibility to control or supervise the activities of the organization. Advisors also may not have signature authority on organization off-campus financial accounts. Advisors must report violations of University guidelines, regulations, and procedures to the University, as needed.

## XI. BENEFITS AND LIMITS

**A.** Although not an agent of or a division of the University, a student organization is given the opportunity to operate as a Member of the University community with the privileges and mutual responsibilities that its Status implies.

**B.** Registration does not signify endorsement or approval by the University of specific ideas, programs, or activities of the organization, but provides an opportunity for these groups to utilize University services and facilities and other privileges as set out in this Regulation.

**C.** Registration also does not guarantee funding from Student Government or USF. Student Government has additional requirements and procedures in order to qualify for funding.

**D.** Official student organizations may (and are encouraged to) include "at USF" or "at the University of South Florida" at the end of their name to designate the location of the organization and affiliation with the university. Reference to the university has to follow the name of the organization, not appear in front of it. However, any use of the university's official marks must be in compliance with USF Policy 0-215 Use of USF Name and Symbols.

**E. Other Benefits**

1. Access to University facilities in compliance with university policies and procedures;

2. Participation in Student Organization Fairs and other sponsored activities;

3. Recognition at the annual Celebration of Leadership Awards and other leadership programs;

4. Access to advising, staff, and resources including the Collaboratory (Tampa campus) and The Source (St. Petersburg campus);

5. Access to leadership training provided by Student Organization Offices;

**6.** Access to locker bins on a space available basis (Tampa campus) and the Student Org Closet (St. Petersburg campus);

**7.** Mail receiving service (Tampa campus);

**8.** Access to Student Government funding if available and otherwise eligible;

**9.** Flyer and poster printing services (St. Petersburg campus)

## XII. STUDENT ORGANIZATION ACTIVITIES

**A.** All student organization activities are subject to policies, regulations, guidelines, procedures, and processes related to student activities management outlined on each USF campus.

**B.** Student organizations should refer to USF Environmental Health & Safety personnel and resources (e.g., Event Safety Manual) for additional guidelines and requirements for activities on USF campuses.

**C.** All publicity must list the name of each sponsoring organization and any cosponsors of the event.

D. Student organizations are encouraged to meet USF standards for travel. Student organizations utilizing USF or SG funds must register all travel.

E. Student organizations participating in international travel must follow the procedures outlined in Policy 10-507 International Travel Authority.

**F.** GRSOs are entities independent from the University, the University cannot provide insurance protection for student organizations. Student organizations are encouraged to consider procuring general liability insurance for all purposes and insurance to protect the property of the RSO. Organizers of events involving the use of alcohol should refer to policies and processes related to the alcohol policy.

**G.** Fraternities and Sororities at USF should refer to the Operating Procedure on Social Events administered by the Center for Student Involvement for additional guidelines, requirements, and resources related to events.

**H.** Sport Clubs at the University of South Florida should refer to USF Recreation and Wellness (Tampa campus) or Campus Recreation (St. Petersburg campus) for additional guidelines, requirements, and resources related to events and travel.

## XIII. LINKS FOR REFERENCE

Students, faculty, and administrators must reference campus specific policies, regulations or guidelines and be governed accordingly, including but not limited to:

- USF Regulation 6.0021 Student Code of Conduct
- USF Regulation 6.0023 Prohibition and Prevention of Hazing
- USF Policy 30-023 Alcohol & Drug Policy
- USF Policy 10-507 International Travel Authority
- USF Policy 6-028 Activities, Signage, and Use of Public Space
- EHS Manuals (see in particular, Event Safety Manual)
- Student Government
- Student Organization Advisor Handbook
- Center for Student Involvement
- Registrar's Office

## HISTORY

**Date Approved:** Oct. 6, 1975
**Substantively Amended:** Dec. 5, 2024, Nov. 7, 2024, Mar. 26, 2008, Aug. 31, 1994, Dec. 23, 1992, Oct. 4, 1990, Jul. 3, 1979
**Technically Amended:** Oct. 26, 2020, Mar. 23, 2018, Mar. 20, 2014, Aug. 23, 2013, Jun. 19, 2013,
**Biennial Review:** Jan. 30, 2023
**Other:** Jul. 1, 2020 (Consolidation)