UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY STUDENTS FOR A DEMOCRATIC SOCIETY, VICTORIA HINCKLEY, SABA INDAWALA, and VICKY TONG,

Plaintiffs,

v. CASE NO. 8:25-CV-02752-SDM-AAS

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, RHEA LAW, MELISSA GRAHAM, and DANIELLE MCDONALD,

Defendants.
_________________________________/

**NOTICE OF FILING IN OPPOSITION TO PLAINTIFFS' TIME SENSITIVE MOTON FOR A PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants University of South Florida Board of Trustees, Rhea Law, Melissa Graham, and Danielle McDonald, by and through their undersigned counsel, hereby file the following declarations in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction:

1. Declaration of Martin Smith; and

2. Declaration of Melissa Graham.

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Walker Smith IV
LEGALSMITHS CONSULTING GROUP, P.A.
283 Cranes Roost Boulevard, Suite 111
Altamonte Springs, FL 32701
Walker@LegalSmithsConsulting.com
LegalSmithsConsulting@gmail.com

Colin Poirot, Esquire
(Pro Hac Vice Pending)
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
Cpoirot.law@gmail.com

And by Regular U.S. Mail to:

Andrew B. Stoll
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201

/s/ Richard C. McCrea, Jr.
Attorney