# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY STUDENTS FOR A DEMOCRATIC SOCIETY, VICTORIA HINCKLEY, SABA INDAWALA, and VICKY TONG,

Plaintiffs,

v. CASE NO. 8:25-CV-02752-SDM-AAS

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, RHEA LAW, MELISSA GRAHAM, and DANIELLE MCDONALD,

Defendants.

_________________________________/

**DECLARATION OF MARTIN SMITH**

I, Martin Smith, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Martin Smith. I am over 18 years of age.

2. This declaration is based on my personal knowledge or on my review of USF's business records, which were made by, or from information transmitted by, a person with knowledge of the event described therein, at or

near the time of the event described, and are kept in the ordinary course of the regularly conducted business activity of such person and USF, and it is the regular practice of USF to make such records.

3. I am employed by the University of South Florida as Assistant Vice President, Office of Admissions.

4. As a part of my duties, I have knowledge regarding key enrollment and admissions deadlines, policies relating to admission, and access to programs which contain admissions information.

5. Victoria Hinckley has not been enrolled at the University since the Spring 2024 term.

6. Accordingly, Hinckley has not been enrolled more than 12 months, she is now considered an applicant and is required to reapply to the University. *See* **Exhibit "A,"** which is a true and correct copy of USF 3.018 policy on Admissions to Baccalaureate Programs of University of South Florida.

7. The admissions deadlines for the Spring 2026 term have passed.

8. Summer applications opened on August 1 2025. The admission deadline for the Summer 2026 term is March 1, 2026.

9. Any application for readmission would need to be submitted by

Docusign Envelope ID: 00B160E4-6DBB-4FB9-94D6-A2B15D565A0F

this deadline and would be subject to the standard admissions process.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/12/2025, 2025.

DocuSigned by:
Martin Smith
4C7AD7EB57FF407...

MARTIN SMITH