

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

VIA ECF

Hon. Steven D. Merryday                                    March 16, 2026
United States District Court, MDFL
801 North Florida Avenue
Tampa, Florida  33602

Re:    *Tampa Bay Students for a Democatic Society et al v. Rhea Law et al*
       25-cv-02752-SDM-AAS

Your Honor-

I am Plaintiffs' Counsel.  I write to advise the Court that Plaintiffs' Opposition to Defendants' Motion to Dismiss, filed as Document 45, was erroneously filed without the Cover Page, Table of Contents, and Table of Authorities.  I refiled the complete opposition as Document 46; the substantive memorandum is identical.

I'm sorry for the error, but request you either strike Document 45, or disregard it.

Thank you for your consideration.

Sincerely Yours,

Stoll, Glickman & Bellina, LLP
By Andrew B. Stoll