**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TAMPA BAY STUDENTS FOR A**
**DEMOCRATIC SOCIETY et. al.,**

      **Plaintiffs,**

**v.**                                    **Case No. 8:25-cv-2752-SDM-AAS**

**RHEA LAW, et. al.,**

      **Defendants.**

_____/

## ORDER

The plaintiffs filed a second joint unopposed "motion" to stay discovery and mediation. (Doc. 51). A prior order struck the first attempt for failure to comply with Local Rule 1.08. (Doc. 50). This second attempt still violates the Local Rules. The filing is in the form of a letter and not a motion. *See* Local Rule 3.01(l) ("A party must not use a letter, email, or the like to request relief or to respond to a request for relief."). The filing is also improper because it fails to include a legal memorandum. *See* Local Rule 3.01(b) ("A motion must include — in a single document no longer than twenty-five pages — a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request."). Counsel is encouraged to carefully review the Local Rules before filing additional papers.

Accordingly, the motion (Doc. 51) is **STRICKEN** from the record for

failure to comply with Local Rule 3.01(b) and (l).

**ORDERED** in Tampa, Florida on April 6, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2