**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY STUDENTS FOR A DEMOCRACTIC SOCIETY et al.,

Plaintiffs.

v.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES et al.,

Defendants.

Case No. 8:25-cv-02752-SDM-AAS

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Plaintiffs, by and through undersigned counsel, respectfully appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Amended Order (ECF No. 55) dismissing Plaintiffs' Second Amended Complaint, entered on April 10, 2026.

Dated this 8th day of May, 2026

Respectfully Submitted,

*/s/ Collin Poirot*
Collin Poirot, Esq.
*Special Admission*
2603 Oak Lawn Ave, Ste. 300
Dallas, TX 75219
T: (214) 392-2281
E: cpoirot.law@gmail.com

*/s/ Walker Smith IV*
Walker Smith IV
FL Bar No.: 1031486
**LegalSmiths Consulting Group, PA.**

283 Cranes Roost Blvd., Ste. 111,
Altamonte Springs, FL 32701
Tel.: (407) 887-1370
Fax: (407) 205-0157
Walker@LegalSmithsConsulting.com
LegalSmithsConsulting@Gmail.com

*/s/ Andrew Stoll*
Andrew B. Stoll
(Special Admission Pending)
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
(718) 852-3710
astoll@stollglickman.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Richard C. McCrea, Jr.
Cayla McCrea Page
Greenberg Traurig, P.A.
101 E Kennedy Blvd Ste 1900
Tampa, FL 33602-5148
813-318-5700
Fax: 813-318-5900
Email: mccrear@gtlaw.com
Email: pagec@gtlaw.com

*/s/ Collin Poirot*
Collin Poirot, Esq.